UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MIGUEL ORTIZ, )
)
    Plaintiff, )
)
v. ) CV423-035
)
DARRIN M. MYERS, )
)
    Defendant. )

## ORDER

*Pro se* plaintiff Miguel Ortiz, who is incarcerated at Autry State Prison, filed this Complaint alleging Defendant Myers, the warden of that facility, does not provide televisions for Spanish language programming. *See generally* doc. 1 at 3. None of Ortiz's allegations implicate any event or individual in this District. Review of Ortiz's pleading, therefore, establishes that this Court is not the proper venue. "A district court may raise the issue of defective venue *sua sponte*." *Collins v. Hagel*, 2015 WL 5691076, at *1 (N.D. Ga. Sept. 28, 2015).

Ortiz's Complaint is clear that all of the events that it alleges occurred at Autry State Prison, located in Pelham, Georgia. *See generally* doc. 1. Pelham lies in Mitchell County, in the Middle District of Georgia.

*See* 28 U.S.C. § 90(b)(5).  There is no indication that Defendant Myers resides in this district; the only address provided for him is the Prison. *See* doc. 1 at 2-3.  As no named defendant resides in this district and the asserted claims arise from events that occurred in another district, the proper forum for this case is the United States District Court for the Middle District of Georgia, where "a substantial part of the events or omissions giving rise to the claim occurred . . . ."  28 U.S.C. § 1391(b)(2) (venue); 28 U.S.C. § 1406 (district courts may dismiss or transfer cases suffering venue defects).  The Clerk is **DIRECTED** to transfer this case to the Middle District of Georgia for all further proceedings.

**SO ORDERED**, this 22nd day of February, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA